**No. 10-6892. Willie J. Asbury, Petitioner v. Donald Driskell, et al.**

562 U.S. 1112, 131 S. Ct. 827, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9654.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 355 Fed. Appx. 682.

**No. 10-6902. James L. Green, Petitioner v. Cynthia Nelson, Warden.**

562 U.S. 1113, 131 S. Ct. 827, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9685.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 595 F.3d 1245.

**No. 10-6903. Anthony A. Garnett, Petitioner v. Winona County Social Services, et al.**

562 U.S. 1113, 131 S. Ct. 827, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9697, 

December 13, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-6905. Sonny Lauren Harmon, Petitioner v. Jimmy Keith, Warden, et al.**

562 U.S. 1113, 131 S. Ct. 827, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9648.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 383 Fed. Appx. 770.

**No. 10-6913. Maxine Mager, Petitioner v. Prairie Center Development, LLC.**

562 U.S. 1113, 131 S. Ct. 828, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9798.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Colorado denied.

**No. 10-6915. Cedric Greene, Petitioner v. California State Prison, et al.**

562 U.S. 1113, 131 S. Ct. 828, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9815, 

December 13, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6919. Markus A. Green, Petitioner v. Lisa Vu; and Markus A. Green, Petitioner v. William Grampre, et al.**

562 U.S. 1113, 131 S. Ct. 828, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9765.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 225 (first judgment) and 388 Fed. Appx. 437 (second judgment).